JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG TIEU,<br><br>              Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>              Defendant. | Case No. CV 21-10054 PA (JCx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's June 15, 2022 Minute Order dismissing this action for lack of prosecution and for failure to comply with this Court's orders, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: June 15, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE